UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Talana Blackwell,<br><br>                       Plaintiff,<br>  v.<br><br>Northstar Location Services, LLC; and DOES 1-10, inclusive,<br><br>                       Defendant. | Civil Action No.:  1:12-cv-00319-RJA |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: May 24, 2012

                                                Respectfully submitted,

                                                PLAINTIFF, Talana Blackwell

                                                /s/ Sergei Lemberg

                                                Sergei Lemberg, Esq. (SL 6331)
                                                **LEMBERG & ASSOCIATES L.L.C.**
                                                300 International Drive, Suite 100
                                                Williamsville, NY 14221
                                                Telephone: (203) 653-2250
                                                Facsimile:  (203) 653-3424
                                                slemberg@lemberglaw.com
                                                Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 24, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By /s/ Sergei Lemberg

                                          Sergei Lemberg